# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KENNY HALFACRE                                                                                           PLAINTIFF
ADC #84410

V.                                              NO: 5:09CV00216 JMM/HDY

LARRY NORRIS *et al.*                                                                              DEFENDANTS

### ORDER

In response to the Court's order of November 23, 2009 (docket entry #30), and in anticipation of the pre-jury evidentiary hearing scheduled for April 12, 2010, at 9:30 a.m., in Room #2B, of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff has submitted a notice of his intent to continue with the prosecution of this case (docket entry #32), and has requested two witnesses (docket entry #34). The Court notes that the evidentiary hearing to be conducted is limited in scope. Due to this limited scope, the Court concludes that Plaintiff's requested witnesses should be denied.

IT IS THEREFORE ORDERED THAT:

1. Due to the limited nature of the evidentiary hearing, all of Plaintiff's proposed witnesses are denied.

2. The Arkansas Department of Correction is directed to ensure Plaintiff's attendance at the hearing, and to bring Plaintiff's institutional and medical records to the hearing.

IT IS SO ORDERED this   30   day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE