IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY HALFACRE                                                                        PLAINTIFF
ADC #84410

V.                                      NO: 5:09CV00216 JMM

LARRY NORRIS *et al.*                                                              DEFENDANTS

## ORDER

The court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for summary judgment (docket entry #41) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.      All pending motions are DENIED.

DATED this 11th day of June, 2010.

                                                                                       */s/ James M. Moody*
                                                                 UNITED STATES DISTRICT JUDGE