IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY HALFACRE                                                                                    PLAINTIFF
ADC #84410

V.                                            NO: 5:09CV00216 JMM

LARRY NORRIS *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 11th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE